IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JESSIE WIMSY JONES**
**D.O.C. # B-M24331,**

    *Plaintiff*,

v.                                                    Case No.: 4:24cv63-MW/MAF

**PATRICK MAHONEY, et al.,**

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed under Federal Rule of Civil Procedure 41(b) because Plaintiff failed to comply with an order from this Court. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

    1. The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion.

    2. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED**

**without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute."

4. The Clerk shall close the file.

**SO ORDERED on April 15, 2024.**

                                          **s/Mark E. Walker**  
                                          **Chief United States District Judge**